SAMUEL RAYNOR et al., Respondents, *v.* PETER M. HOAGLAND, Appellant.

(Argued January 28, 1876 ; decided February 8, 1876.)

*Ira Shaffer* for the appellant.

*Duncan Smith* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

---

AMELIA KOEHNCKE, Respondent, *v.* JOSEPH Ross, Appellant.

(Argued January 28, 1876 ; decided February 8, 1876.)

*J. F. Harrison* for the appellant.

*E. F. Hall* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.